```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF KANSAS


UNITED STATES OF AMERICA,        )
          Plaintiff,             )
                                 )
v.                               )  Case No.: 09-20012-01-CM-DJW
                                 )
CHRISTOPHER GARRETT,             )
          Defendant.             )
```

### AGREED ORDER OF REVOCATION OF PRETRIAL RELEASE AND FOR DETENTION PENDING TRIAL

**NOW ON THIS** 6th day of July, 2009, the above matter comes before the Court on an agreed order for revocation of pretrial release and for detention pending trial. The Government appears by Assistant United States Attorney, Terra Morehead. Mr. Garrett appears by counsel, Tricia A. Tenpenny. The parties advise the Court:

1. That the on June 8,2009, the Honorable Carlos Murguia heard and granted the Government's Motion for Bond Forfeiture and Issuance of Bench Warrant (Doc. 32);

2. That on that same date, Mr. Garrett was arrested on the bench warrant and remains in custody;

3. That Mr. Garrett is not seeking pre-trial release and would agree that the Government has evidence that would allow the Court to make the necessary findings set forth in 18 USCS § 3148(b);and

4. That Mr. Garrett could not rebut the presumption for detention.

**IT IS THEREFORE ORDERED**, that the defendant's pre-trial release shall be and is hereby revoked and he is ordered to be detained pending trial.

Dated this 6th day of July, 2009 at Kansas City, Kansas.

                                s/ David J. Waxse
                                Hon. David Waxse
                                United States Magistrate

SUBMITTED BY:

_____/s/_____
Tricia A. Tenpenny
Bath & Edmonds, P.A.
7944 Santa Fe Drive
Overland Park, KS 66204
(913) 652-9800
Fax (913) 649-8494
Tricia@bathedmonds.com
Attorney for Christopher Garrett

APPROVED BY:

 *s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov